IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01758-AP

LEONARD J. KROLL,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Leonard J. Kroll, Pro Se
7815 Beverly Boulevard
Castle Rock, CO 80108
(303) 706-9988

<u>For Defendant</u>:
Teresa H. Abbott
Special Assistant United States Attorney

*Mailing Address:*
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
*(*303) 844-0815
(303) 844-0770 (facsimile)
Teresa.Abbot@ssa.gov

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202

**2.**       **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**    **Date Complaint Was Filed:**  September 9, 2005

    **B.**    **Date Complaint Was Served on U.S. Attorney's Office:** September 23, 2005

    **C.**    **Date Answer and Administrative Record Were Filed:** November 22, 2005

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Plaintiff states that the record is complete but inaccurate.

Defendant states that the record is complete and accurate.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

Plaintiff intends to submit additional evidence.

Defendant intends to submit no additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

Plaintiff states that this cases involves unusual claims and defenses.

Defendant states that this case involves no unusually complicated or out-of-the-ordinary claims.

**7.  OTHER MATTERS**

Plaintiff has other matters to bring to the Court's attention.

Defendant has no other matters to bring to the Court's attention.

**8.     PROPOSED BRIEFING SCHEDULE**

      **A.**     **Plaintiff's Opening Brief Due:**  January 2, 2006

      **B.**     **Defendant's Response Brief Due:**  February 9, 2006

      **C.**     **Plaintiff's Reply Brief (If Any) Due:**  February 28, 2006

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

      **A.**     **Plaintiff's Statement:** Plaintiff requests oral argument.

      **B.**     **Defendant's Statement:** Defendant does not request oral argument.

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

      **A.**     ( )  **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      **B.**     ( x )  **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.     OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

      DATED this 16th day of December, 2005.

                                           BY THE COURT:

                                           S/John L, Kane
                                           U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Leonard J. Kroll<br>Leonard J. Kroll, Pro Se.<br>7815 Beverly Boulevard<br>Castle Rock, CO 80108<br><br>Pro Se Plaintiff | WILLAM J. LEONE<br>Acting United States Attorney<br><br>s/ Kurt J. Bohn<br>KURT J. BOHN<br>Assistant U.S. Attorney<br>1225 Seventeenth Street, Suite 700<br>17th Street Plaza<br>Denver, Colorado  80202<br>Telephone: (303) 454-0100<br>kurt.bohn@usdoj.gov<br><br><br>s/ Teresa H. Abbott<br>By: Teresa H. Abbott<br>Special Assistant U.S. Attorney<br><br>*Mailing Address:*<br>1961 Stout St., Suite 1001A<br>Denver, Colorado  80294<br>Telephone: (303) 844-0815<br>Facsimile: (303) 844-0770<br>Teresa.Abbott@ssa.gov<br><br>Attorneys for Defendant |